■ In the Matter of PLIANT CORP., Appellant, v ASSESSOR OF TOWN OF MACEDON et al., Respondents. (Appeal No. 1.) [849 NYS2d 866]—Appeal from an order of the Supreme Court, Wayne County (Dennis M. Kehoe, A.J.), entered April 3, 2007 in a proceeding pursuant to RPTL article 7. The order granted the motion of respondents to dismiss the petition.

Appeal from a judgment of the Supreme Court, Wayne County (Dennis M. Kehoe, A.J.), entered April 3, 2007 in a proceeding pursuant to RPTL article 7. The judgment granted the motion of respondents to dismiss the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: Supreme Court properly granted respondents' motion to dismiss the petition in this proceeding pursuant to RPTL article 7 based upon petitioner's failure to "specify the time and place of the hearing on the petition" in the notice of petition (CPLR 403 [a]). "[T]he filing and service of a notice of petition lacking a return date is 'jurisdictionally defective' " (*Matter of Oates v Village of Watkins Glen*, 290 AD2d 758, 759 [2002]; *see Matter of Niagara Mohawk Power Corp. v Town of Tonawanda Assessor*, 309 AD2d 1251 [2003]). Present—Gorski, J.P., Martoche, Smith, Centra and Green, JJ. [*See* 2007 NY Slip Op 31750(U).]